AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

RIGOBERTO BARRERA MENDOZA

*Defendant(s)*

Case No. 4:26mj3126

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 28, 2026 in the county of Cass in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a), (b)(1) | Reentry of Removed Alien after Felony Conviction |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

[signature] #9300
*Complainant's signature*

Keshaun Britt, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 9/1/2026

[signature]
*Judge's signature*

City and state: Lincoln, Nebraska

Jacqueline M. DeLuca, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF INVESTIGATION<br>OF RIGOBERTO BARRERA MENDOZA | )<br>)<br>) | AFFIDAVIT OF Keshaun Britt |

Keshaun Britt, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant completed the required federal law enforcement training to become a Deportation Officer in September 2025 and has been employed in that capacity since that time. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This affidavit is being made in support of a criminal complaint and arrest warrant charging **Rigoberto BARRERA Mendoza**, (hereafter referred to as **defendant**) with violations of 8 U.S.C. § 1326(a) and 8. U.S.C. § 1326(b)(1). This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge or investigation into this matter.

5. On 06/28/2026, the **defendant** came to the attention of the ICE ERO Criminal Alien Program (CAP) after his arrest for the offense of driving while revoked. On 08/12/2026, the **defendant** was released pursuant to an ICE immigration detainer and transported to the ICE ERO office in Omaha, NE for processing.

6. The **defendant** was interviewed at the ICE ERO office in Omaha, NE, by Deportation Officers and determined to be present in the United States illegally. When questioned about his citizenship and manner of entry, the **defendant** admitted he is a citizen of Mexico and he last entered the United States at an unknown location and on an unknown date without having been admitted or patrolled by immigration authorities.

6. Biographic checks confirmed the **defendant's** identity and revealed the **defendant** is a citizen and national of Mexico with one previous removal from the United States to Mexico.

7. The **defendant's** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared the **defendant's** current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that the **defendant** had been arrested by DHS previously.

9. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (**A200 586 177**) relating to the **defendant.**

10. The **defendant's** alien registration file contains photographs, fingerprints and immigration documents identifying the **defendant** as a citizen and national of Mexico. On 10/19/2011, an immigration judge granted the **defendant** voluntary departure. On 11/16/2011, the **defendant** voluntarily departed the United States to Mexico through Laredo, Texas. On 03/12/2019, an immigration judge with the Executive Office of Immigration Review (EOIR) in Omaha, NE issued the **defendant** a final order of removal. The **defendant** was removed from the United States to Mexico on 03/20/2019 pursuant to his final order of removal. The **defendant** subsequently reentered the United States illegally without inspection or admission at an unknown location and on an unknown date.

11. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the **defendant.**

12. Affiant believes there is probable cause that the defendant is in violation of 8 USC 1326(a) and 8 USC 1326(b)(1), in that the defendant is an alien who has been removed from the United States subsequent to a conviction for a felony (other than an aggravated felony), and thereafter entered, attempted to enter, or was found in the United States without having obtained the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

#9300

Keshaun Britt, Deportation Officer
Immigration and Customs Enforcement

SWORN to before me by telephone or other reliable electronic means.

9/1/2026
DATE

JACQUELINE M. DELUCA
UNITED STATES MAGISTRATE JUDGE
District of Nebraska